UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES WILHITE,            )<br>       Plaintiff,            )<br>                             )<br>     v.                     )<br>                             )<br>ANTHONY PIOGGIA, *et al.*,   )<br>       Defendants.          ) | Civil Action No. 14-30023-MAP |

## STIPULATION OF DISMISSAL OF
## CLAIMS AGAINST DEFENDANT CITY OF SPRINGFIELD

The parties in the above-entitled action hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of all counts and claims against Defendant City of Springfield, with prejudice, without costs, and waiving all rights of appeal.

This notice does not affect Plaintiff's remaining claims against Defendants Anthony Pioggia and Stephen Tatro.

RESPECTFULLY SUBMITTED,

For Plaintiff Charles Wilhite,
By his attorneys,

/s/ Drew Glassroth
Howard Friedman, BBO #180080
Drew Glassroth, BBO #681725
**Law Offices of Howard Friedman, PC**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com
dglassroth@civil-rights-law.com

For Defendant City of Springfield,
By its attorneys,

/s/ Anthony Wilson (DG)
John T. Liebel, BBO #299660
Anthony I. Wilson, BBO #682573
**City of Springfield Law Department**
36 Court Street, Room 210
(413) 787-6085
jliebel@springfieldcityhall.com
awilson@springfieldcityhall.com

For Defendants Anthony Pioggia
and Stephen Tatro,
By their attorney,

/s/ Kevin Coyle (DG)
Kevin B. Coyle, BBO #103540
1299 Page Boulevard
Springfield, MA 01104
(413) 787-1524
attycoyle@aol.com

Dated: January 4, 2016

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: Jan. 4, 2016         /s/ Drew Glassroth
                           Drew Glassroth