# United States Court of Appeals
## For the First Circuit

_____

No. 16-1905

CHARLES WILHITE

Plaintiff - Appellee

v.

ANTHONY PIOGGIA; STEVEN TATRO, in their individual capacities

Defendants - Appellants

CITY OF SPRINGFIELD

Defendant

_____

**JUDGMENT**

Entered: March 16, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David Milton
Howard Friedman
Drew H. Glassroth
Edward M. Pikula
Kevin Barry Coyle
Lisa Caryl deSousa
Anthony Ivan Wilson